CADY ET AL. *v.* MISSOURI EX REL. STATE HIGH-
WAY COMMISSION OF MISSOURI.

No. 613.   Decided December 5, 1966.

*Elwyn L. Cady, Jr.,* for appellants.

*Robert L. Hyder* and *Bruce A. Ring* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.